**CONSUMER JUSTICE LAW FIRM PLC**

Beth K. Findsen, AZ No. 023205
8095 N. 85th Way,
Scottsdale, AZ 85258
T: 602-807-6676
F: 480-613-7733
E: bfindsen@consumerjustice.com

David A. Chami, 027585
8095 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-2359
F: (480) 613-7733
E: dchami@consumerjustice.com

*Attorneys for Plaintiff*
*Alexander Antonio Juarez*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Alexander Antonio Juarez, | Case No.: 2:26-cv-01817-DJH |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| Data Diver Technologies, LLC | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Alexander Antonio Juarez, ("Plaintiff") and Defendant Data Diver Technologies, LLC, ("Defendant"), by and through undersigned counsel, hereby stipulate that this action and

1

all claims and defenses asserted therein be dismissed with prejudice. Each party will bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED this 22nd day of June 2026.

| CONSUMER JUSTICE LAW FIRM PLC | POLSINELLI PC |
|---|---|
| By: */s/ Beth K. Findsen* | By: */s/ Blaize M. Boles* |
| Beth K. Findsen, AZ No. 023205 | Blaize M. Boles (AZ #038723) |
| 8095 N. 85th Way, | John S. Craiger (AZ #021731) |
| Scottsdale, AZ 85258 | One East Washington Street, Suite 1200 |
| T: 602-807-667 | Phoenix, Arizona 85004 |
| F: (480) 613-7733 | Telephone: (602) 650-2000 |
| E: bfindsen@consumerjustice.com | Facsimile: (602) 264-7033 |
| | bboles@polsinelli.com |
| David A. Chami, 027585 | jcraiger@polsinelli.com |
| 8095 N. 85th Way | |
| Scottsdale, AZ 85258 | |
| T: (480) 626-2359 | SEYFARTH SHAW LLP |
| F: (480) 613-7733 | |
| E: dchami@consumerjustice.com | John Drury (*Pro Hac Vice*) |
| | 233 S. Wacker Drive Suite 8000 |
| *Attorneys for Plaintiff* | Chicago, Illinois 60606-6448 |
| *Alexander Antonio Juarez* | Direct: +1-312-460-5623 |
| | JDrury@seyfarth.com |
| | |
| | *Attorneys for Defendant* |
| | *Data Diver Technologies, LLC* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM PLC**

By: */s/ Marie Tirona*

3