## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexander Antonio Juarez, | No. CV-26-01817-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Data Diver Technologies LLC, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 14), filed on June 22, 2026,

**IT IS ORDERED** approving the Stipulation (Doc. 14) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 22nd day of June, 2026.

Honorable Diane J. Humetewa
United States District Judge